# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

BERNARD JEMISON,           )
                           )
      Plaintiff          )
                           )
vs.                        )   Case No. 4:09-cv-00795-WMA-HGD
                           )
KIZZIRE WADE, et al.,      )
                           )
      Defendants         )

## **O R D E R**

The magistrate judge filed a report and recommendation on September 4, 2009, recommending that all claims against defendants Assistant Warden Kizzire Wade and Sergeant John Mason be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and that Wade and Mason be dismissed as defendants from this action. The magistrate judge further recommended that the retaliation claim against Correctional Officer Michael Mitchell be referred to the magistrate judge for further proceedings. The plaintiff filed objections on September 14, 2009.

   Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court

is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the magistrate judge's recommendation is ACCEPTED. It is therefore ORDERED, ADJUDGED, and DECREED that all of the plaintiff's claims in this action, except the retaliation claim against Correctional Officer Michael Mitchell, are hereby DISMISSED for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b(1). It is further ORDERED that defendants Wade and Mason are DISMISSED as defendants in this action and that the remaining retaliation claim against Correctional Officer Mitchell is REFERRED to the magistrate judge for further proceedings.

     DONE this 6th day of October, 2009.

                                                                                WILLIAM M. ACKER, JR.
                                                                                UNITED STATES DISTRICT JUDGE