UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

BERNARD JEMISON,                )
                                )
         Plaintiff              )
                                )
vs.                             )    Case No. 4:09-cv-00795-WMA-HGD
                                )
OFFICER MICHAEL MITCHELL,       )
                                )
         Defendant              )

## MEMORANDUM OF OPINION

The magistrate judge filed a report on June 6, 2011, recommending that the defendant's special report be treated as a motion for summary judgment and, as such, that it be granted and this action dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and his recommendation is ACCEPTED. The court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendant is entitled to judgment as a matter of law. Accordingly, the defendant's motion for summary judgment is due to

be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DATED this 29th day of June, 2011.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE